IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES A. KEY,

      Plaintiff,                  NO. CIV S-11-0650 GEB GGH PS

    vs.

INDYMAC BANK, et al.,           ORDER

      Defendants.

_____/

      Defendant Indymac Mortgage Services shall respond to plaintiff's application for a temporary restraining, filed May 5, 2011 (docket # 11), no later than close of business Wednesday, May 11, 2011, at 5 p.m.

DATED: 05/05/2011         /s/ Gregory G. Hollows

                     UNITED STATES MAGISTRATE JUDGE

key0650.tro