IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEY, et al.,

        Plaintiffs,                 No. CIV S-11-650 GEB GGH (TEMP) PS

    vs.

INDYMAC BANK, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiffs filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 13, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiffs have not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

      1.  The findings and recommendations filed May 13, 2011 are adopted in full;

      2.  Plaintiffs' motion for temporary restraining order (dkt. no. 11) is denied.

Dated:  July 14, 2011

GARLAND E. BURRELL, JR.
United States District Judge